Case 1:08-cv-00352 Document 1 Filed 01/15/2008 Page 1 of 4

CEM

FILED
JANUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 352**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) Case No.: | **JUDGE SHADUR** |
| | ) | **MAGISTRATE JUDGE COLE** |
| IRENE MIKIEWICZ | ) | |
| | ) | |

## MOTION TO VACATE OR SET ASIDE SENTENCE

NOW COMES the Movant, IRENE MIKIEWICZ, by and through her attorney, JONATHAN MINKUS, and respectfully moves this Honorable Court to vacate or set aside the sentence imposed on the Movant in the above captioned matter. In support of this Motion, Movant states as follows:

1. That the Movant was charged in the United States District Court for the Northern District of Illinois for the offense of Wire Fraud involving allegedly fraudulent mortgage/loan transactions.

2. That the Movant, on the advice and representation of her attorney at the time, entered a plea of guilty on October 2. 2001 and was sentenced to a period of 1 day in custody followed by 8 months of home confinement.

3. That the Movant was improperly advised by her Trial Counsel that she had no choice but to plead guilty to the offenses as charged.

4. That Counsel for Movant advised Movant that if she persisted in her claims of innocence and proceeded to trial that she would incur substantial additional legal fees which Movant did not at that time possess.

5. That Movant repeatedly stressed to her Trial Counsel that she had no involvement or knowledge of the alleged scheme to defraud mortgage lenders at the business where she was employed.

6. That the Movant also so advised FBI Agents immediately upon her arrest and interview and in fact steadfastly maintained her innocence throughout the proceedings including during her Plea Agreement where she candidly advised this Honorable Court of her minimal involvement or knowledge.

7. Specifically, in the Plea colloquy in this case (attached hereto as Movant's Exhibit "A") the Movant clearly states to the Court that she was, at best, negligent for not reviewing loan documents more carefully and only that she "should have known" the documents were fraudulent.

8. That the referenced statements to this Honorable Court clearly and unambiguously reflect not only her own uncertainty with regard to admitting to criminal conduct but also the tenuous nature of her plea.

9. That as a result of her plea in this Cause the Movant has been removed from the United States and has suffered extreme harm as a result.

10. That the Movant has executed a sworn Affidavit attesting to the veracity of the allegations contained herein attached hereto as Movant's Exhibit "B".

11. That 28 U.S.C. Section 2255 is applicable to the Movant's allegations in that her conviction was obtained by a plea of guilty which was unlawfully induced or not made voluntarily or with the understanding of the nature of the charge and the consequences of the plea and furthermore, in that the Movant has been removed from the United States Section 2255 is an appropriate remedy.

WHEREFORE, the Movant respectfully prays that a Hearing be held on her Motion or in the alternative that her original plea be vacated and set aside and this matter set for trial.

    Respectfully submitted,

    s/Jonathan Minkus
    Irene Mikiewvicz
    By Jonathan Minkus

The Law Offices of Jonathan Minkus
Attorney for Movant
5225 Old Orchard Road, Suite 50
Skokie, Illinois  60077
(847) 966-0300

## AFFIDAVIT

I, Irene Mikiewicz, being duly sworn and under oath state as follows;

    1.    That I have read the contents of the attached Motion.

    2.    That the statements made therein are true and correct to the best of my knowledge.

    3.    Further, affiant sayeth not.

                                s/Jonathan Minkus
                                  Irene Mikiewicz
                                  By:  Jonathan Minkus

Subscribed and Sworn to before me
this 15th day of January, 2008.

_____
Notary Public