# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

United States Of America

                              Plaintiff,

v.                                                Case No.: 1:08–cv–00352
                                                       Honorable Milton I. Shadur

Irene Mikiewicz

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 25, 2008:

      MINUTE entry before Judge Milton I. Shadur :Civil case terminated. Enter Memorandum Order. Because "it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to reliefquot; (id.), the motion is denied.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.