UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 08 CR 0352 |
| v. ) | |
| ) | Judge Milton I. Shadur |
| IRENE MIKIEWICZ ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Assistant United States Attorney Susan Haling is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of the previously designated attorney.

Respectfully submitted

PATRICK J. FITZGERALD
United States Attorney

By: s/ April M. Perry
    APRIL M. PERRY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-5966

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

## **WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

was served on January 29, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    /s April M. Perry
APRIL M. PERRY
Assistant United States Attorney
Suite 500
219 South Dearborn Street
Chicago, Illinois
(312) 886-5966